

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-16-00586-CV

**NINJA JUMP, INC.,**
Appellant

v.

Luz **LOBO** and Jorge Lobo, Individually, and as next friend of Aaron Joshua Lobo, a minor,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04073
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On October 31, 2017, we issued an order granting the parties' request to abate this appeal for thirty days. The parties have now filed an additional joint motion to abate this appeal pending finalization of the parties' written settlement agreement until December 18, 2017. The parties' joint motion is GRANTED. It is ORDERED that the appellant file a motion requesting an appropriate disposition of this appeal on or before December 18, 2017. TEX. R. APP. P. 42.1, 43.2; *see Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court